IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                               Case No. 15-cv-477-bbc

ESTATE OF MARVIN R. MARTY
(DECEASED), ESTATE OF IDA SOPHIE
MARTY (DECEASED), UNKNOWN
HEIRS AND DEVISEES OF MARVIN R.
MARTY, UNKNOWN HEIRS AND
DEVISEES OF IDA SOPHIE MARTY,
UNKNOWN OWNERS AND NON-
RECORD CLAIMANTS,

      Defendants.

---

## ENTRY OF DEFAULT

---

Plaintiff United States of America requests that the Clerk of Court enter default, pursuant to Fed. R. Civ. P. 55(a), against all Defendants in this action.

It appearing from the record that all Defendants have failed to appear, plead, or otherwise defend, the default against all Defendants is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this __18th__ day of November, 2015.

                                            s/L. Kamke, Deputy Clerk

                                            PETER OPPENEER
                                            Clerk of Court
                                            United States District Court
                                            Western District of Wisconsin