IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                Case No. 15-cv-477-bbc

ESTATE OF MARVIN R. MARTY
(DECEASED), ESTATE OF IDA SOPHIE
MARTY (DECEASED), UNKNOWN
HEIRS AND DEVISEES OF MARVIN R.
MARTY, UNKNOWN HEIRS AND
DEVISEES OF IDA SOPHIE MARTY,
UNKNOWN OWNERS AND NON-
RECORD CLAIMANTS,

    Defendants.

---

### ORDER CONFIRMING SALE

---

On reading and filing the report of the United States Marshal for the Western District of Wisconsin, appointed under the Judgment entered in the above action to make sale of the premises described in the complaint herein, and it appearing: that due notice of the application to confirm the report and sale was given by mail to all parties or their authorized representatives; that the United States Marshal in making the sale has complied with the Judgment of Foreclosure and Sale entered in this case and with the applicable statutes; that the monies from the sale were insufficient to pay the whole amount adjudged to the plaintiff, United States of America, together with interest and

costs; that the deficiency in that respect being in the amount of $5,131.03; and that deficiency judgment is not being sought in this action.

Now, therefore, on application of Barbara L. Oswald, Assistant United States Attorney, Office of the United States Attorney for the Western District of Wisconsin, attorney for the plaintiff,

IT IS ORDERED:

1. That the sale of the mortgaged premises involved in the above action to the United States Department of Housing and Urban Development, for the sum of $145,000.00, and the United States Marshal's Report of Sale, are hereby in all things approved and confirmed.

2. That upon the entry and filing of this Order with the Clerk of the United States District Court for the Western District of Wisconsin, and upon the payment of the balance due to the United States Marshal, the United States Marshal shall deliver the United States Marshal's Deed for the premises involved in this action to:

> U.S. Department of Housing and Urban Development
> c/o Barbara L. Oswald
> U.S. Attorney's Office, Western District of Wisconsin
> 222 W. Washington Ave., Suite 700
> Madison, WI 53703

3. That the United States Marshal's costs are as follows:

| | | |
|---|---|---|
| (a) | Fee | $ 195.00 |
| (b) | Mileage | $  48.60 |
| | TOTAL EXPENSES | $ 243.60 |

The United States Marshal's Service shall bear its own costs and fees.

4. That the United States Attorney's costs are as follows:

| | | |
|---|---|---|
| (b) | Filing Fee | $ 30.00 |
| (c) | Publishing Fee | $ 223.86 |
| | TOTAL EXPENSES | $ 253.86 |

The United States Attorney's Office shall bear its own costs and fees.

5. That the real estate transfer fee for recording the United States Marshal's Deed for the property is $435.00. A check for this amount, payable to the Green County Register of Deeds, should be provided by the purchaser, the United States Department of Housing and Urban Development.

Dated this 24th day of February, 2016.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge
Western District of Wisconsin